IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES WILSON                                                                                    PLAINTIFF

v.                                       2:17CV00174-JLH-JTK

MIKE BASHAN, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this Complaint is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE